### 12101. PORTERVINT *v.* THE STATE.

LUKE, J. This case is here upon the single assignment of error that the evidence did not authorize the verdict. This court cannot say that there is no evidence which would authorize the verdict.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED APRIL 13, 1921.

Indictment for larceny of cow; from Thomas superior court — Judge Thomas. December 18, 1920.

*J. E. Craigmiles,* for plaintiff in error.

*C. E. Hay, solicitor-general,* contra.